

**FILED & ENTERED**

**APR 12 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>Phillip Barry Greer<br><br>Debtor(s).<br><br>Richard A Marshack, solely in his capacity as the Chapter 7 Trustee,<br><br>Plaintiff(s),<br>v.<br>Arlene C Biden<br><br>Defendant(s). | CHAPTER 7<br><br>Case No.:  8:18-bk-10203-MW<br>Adv No:   8:18-ap-01069-MW<br><br>**ORDER ON MOTION BY DEFENDANT TO DISMISS FIRST AMENDED COMPLAINT**<br><br>[Related to Docket No. 37]<br><br>Date:          March 20, 2019<br>Time:         9:00 AM<br>Courtroom:  6C |

    The Court held a hearing on Defendant Arlene C. Biden's (aka Arlene Greer) *Motion To Dismiss Complaint*, filed on January 22, 2019 as Docket No. 37 (the "Motion"). Appearances were noted in the record of hearing.  For the reasons stated in the Court's tentative ruling and on the record, the Court grants the Motion with leave to amend on or before April 19, 2019.  IT IS SO ORDERED.

Date: April 12, 2019

Mark S. Wallace
United States Bankruptcy Judge