Leonard M. Shulman – Bar No. 126349
James C. Bastian Jr. – Bar No. 175415
Ryan D. O'Dea – Bar No. 273478
**SHULMAN HODGES & BASTIAN LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lshulman@shbllp.com
    jbastian@shbllp.com
    rodea@shbllp.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

**AUG 09 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re**<br><br>**PHILLIP BARRY GREER,**<br><br>                    **Debtor.** | Case No.:  8:18-bk-10203-MW<br><br>Chapter 7 |
| **RICHARD A. MARSHACK, solely in his capacity as the Chapter 7 Trustee,**<br><br>                    Plaintiff,<br><br>v.<br><br>**ARLENE C. BIDEN** *aka* **ARLENE C. GREER.**<br><br>                    Defendant. | Adv. Case No.  8:18-ap-01069-MW<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO RULE 12(b)(6) AND CONTINUING STATUS CONFERENCE**<br><br>[Related to Docket No. 61]<br><br>**Hearing Date**:<br>Date:   July 17, 2019<br>Time:  9:00 a.m.<br>Place:  Courtroom 6C<br>           United States Bankruptcy Court<br>           411 W. 4th Street<br>           Santa Ana, California |

SHULMAN HODGES &
BASTIAN LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

The Motion to Dismiss Second Amended Complaint (FRCP 12(b)(6); Request for Sanctions filed by Defendant Arlene C. Biden on May 10, 2019 [Docket No. 61] (the "Motion"), and the Status Conference re: Chapter 7 Trustee's Second Amended Complaint [Docket No. 27] (the "Status Conference"), came on for hearing on July 17, 2019, at 9:00 a.m., in Courtroom 6C of the United States Bankruptcy Court for the Central District of California, before Mark S. Wallace, United States Bankruptcy Judge. Appearances were made as noted on the record.

The Court having considered the Motion, Chapter 7 Trustee's Opposition to the Motion (the "Opposition"), the pleadings and documents on file in this adversary proceeding, and for the reasons stated in the Opposition and on the record, and good cause appearing therefor,

**IT IS HEREBY ORDERED**:

1. The Motion is Denied; and
2. The Status Conference is continued to November 6, 2019 at 9:00 a.m. with an updated Status Report due October 15, 2019.

### #

Date: August 9, 2019

Mark S. Wallace
United States Bankruptcy Judge