Phillip B Greer SBN 96438
Law Offices of Phillip B Greer APC
4000 MacArthur Blvd suite 600
Newport Beach, California 92660
(949) 584-9379

Attorney for Defendant
Arlene Biden

FILED
APR 12 2023
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>PHILLIP BARRY GREER<br><br>Debtor | Case No.: 8:18-BK-10203-TA<br><br>Adv 8:18-ap-01069-TA |
| RICHARD MARSHAK, CHAPTER 7 TRUSTEE<br><br>Plaintiff<br><br>v<br><br>ARLENE C GREER aka ARLENE C BIDEN<br><br>Defendant | OPPOSITION TO MOTION TO COMPEL<br><br>DATE: APRIL 27, 2023<br>TIME: 11:00 AM<br>PLACE: COURTROOM 5B |

Defendant, Arlene Greer aka Arlene C Biden, opposes Plaintiff's Motion to Compel as follows:

OPPOSITION TO MOTION TO COMPEL
1

BY FAX

Defendant has served on Plaintiff, Responses to Interrogatories, Responses to Requests for Production and has provided Plaintiff with available dates for the deposition of Defendant. Additionally, Defendant has served Responses to Requests for Admissions and intends to amend said Admissions shortly pursuant to Federal Rule of Civil Procedure 26(e) etc.

As such, there is no need for the hearing, currently scheduled for April 27, 2023 to go forward.

April 11, 2023

Phillip B Greer
Attorney for Defendant
Arlene C Biden

OPPOSITION TO MOTION TO COMPEL
2

## DECLARATION OF PHILLIP B GREER

I, Phillip B Greer, declare:

I am an attorney duly licensed to practice law in all Courts in the State of California. I am the attorney of record for Defendant, Arlene C Biden, in this matter. I make this declaration of my own personal knowledge and belief and, if called upon to testify, I would and could testify as follows:

During the course of this litigation, counsel for Plaintiff and I have developed a very cordial relationship wherein each of us has extended numerous courtesies to the other. This has allowed us to work, in good faith, towards a settlement of the underlying issues. I can say that as a result of this cooperation, the parties are close to a settlement.

Discovery has been delayed and put off during these negotiations either through stipulation or an informal agreement between the parties. As we whittled away at the remaining issue, counsel for Plaintiff again asked about the outstanding discovery. Based upon our agreements up to that point, I, in good faith, continued to try and move my client towards a final settlement agreement and believed, again in good faith, that the discovery would, once again, be pushed out. I was mistaken.

Upon receipt of the Motion to Compel, I immediately finished preparation of responses and, on April 10, 2023, I served them on Plaintiff. Copies of the responses are attached as Exhibit A and B to this declaration. I also prepared responses to Requests for Admissions and served them on Plaintiff. Plaintiff, upon receipt of those responses, informed me that he considered the requests deemed admitted and that my responses were untimely. I intend to

OPPOSITION TO MOTION TO COMPEL
3

amend the Responses to Requests for Admissions pursuant to Federal Rule of Civil Procedure 26(e) shortly.

I have also provided Plaintiff with available dates for the Deposition of Ms. Biden. It is my sincere hope that we will conclude this matter before that adventure is necessary.

As such, it is respectfully requested that the Court take the hearing, scheduled for April 27, 2023 off calendar.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of April, 2023 at Newport Beach, California.

Philip B Greer

OPPOSITION TO MOTION TO COMPEL
4

# Exhibit A

Phillip B Greer  SBN 96438
Law Offices of Phillip B Greer APC
4000 MacArthur Blvd  suite 600
Newport Beach, California  92660
(949) 584-9379

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>Phillip Barry Greer,<br><br>      Debtor | Case No.: 8:18-BK-10203-TA<br><br>Adv No 1:18-ap-01069-TA |
| RICHARD MARSHAK, CHAPTER 7<br><br>TRUSTEE<br><br>      Plaintiff<br><br>v<br><br>ARLENE C GREER aka ARLENE C BIDEN<br><br>      Defendant | DEFENDANTS RESPONSES TO INTERROGATORIES |

Defendant, Arlene Biden, hereby responds to Plaintiff, Richard Marshak's, Interrogatories as follows:

DEFENDANTS RESPONSES TO INTERROGATORIES - 1

## PRELIMINARY STATEMENT

Defendant has not completed its investigation of the facts relating to this matter, its discovery in this action or its preparation for trial. Accordingly, the responses set forth herein are based only upon such information and documentation as is now available to, and understood by, Defendant.

It is anticipated that further discovery and investigation may disclose additional documents that may lead to additions to and changes in the responses provided herein. Therefore, these responses are given without prejudice to Defendant's right to produce or introduce in evidence any subsequently discovered documents whose relevancy is subsequently recognized. Furthermore, Defendant reserves the right to change any response if and when additional documents and/or information is discovered. The responses set forth herein are made in a good faith effort to supply the best responses presently available to, known to and understood by Defendant.

RESPONSE NO 1

Debtor's creditors at the time of the transfer were nominal and current. The transfer was initiated to correctly describe the ownership of the property and the source of the original down payment.

RESPONSE NO 2

The transfer was initiated to correctly describe the ownership of the property and the source of the original down payment

RESPONSE NO 3

All Debtor's obligations were current and paid.

DEFENDANTS RESPONSES TO INTERROGATORIES - 2

RESPONSE NO 4

Debtor continued to pay all his obligation

RESPONSE NOS 5 thru 16

This responding Defendant does not have records for the years and, as such, is unable to respond with any degree of accuracy. This responding Defendant's best guess would be approximately $5,000 per month

RESPONSE NO 17

This responding Defendant's records for 2017 are incomplete and, as such, is unable to respond with any degree of accuracy. This responding Defendant's best guess would be approximately $5,000 per month

RESPONSE NO 18

Debtor filed bankruptcy in 2018 and, as such, pursuant to the bankruptcy stay has not made any mortgage payments.

RESPONSE NO 19

Approximately $9,500 annually

RESPONSE NO 20

The title to the 3 Toscany property was held jointly. The funds for the purchase of the property came from separate funds.

RESPONSE NO 21

This responding Defendant does not have any records from 2004.

RESPONSE NO 22

This responding Defendant does not have any records from 2004

DEFENDANTS RESPONSES TO INTERROGATORIES - 3

RESPONSE NO 23

This responding Defendant does not have any records from 2004

RESPONSE NO 24

This responding Defendant does not have any records from 2004

RESPONSE NO 25

This responding Defendant does not have any records from 2004

April 10, 2023

_____
Phillip B Greer
Attorney for Defendant
Arlene Biden

DEFENDANTS RESPONSES TO INTERROGATORIES - 4

# Exhibit B

Phillip B Greer   SBN 96438
Law Offices of Phillip B Greer APC
4000 MacArthur Blvd  suite 600
Newport Beach, California
92660
(949) 584-9379

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>PHILLIP BARRY GREER<br><br>Debtor | Case No.: 8:18-bk-10203-TA<br><br>Adv No 8:18-ap-01069 |
| RICHARD A MARSHAK, TURSTEE<br><br>Plaintiff,<br><br>vs.<br><br>ARLENE C BIDEN,<br><br>Defendant | DEFENDANTS RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET TWO) |

Defendant, Arlene Biden, hereby responds to Plaintiff's Request for Production (Set Two) as follows:

PRELIMINARY STATEMENT

Defendant has not completed its investigation of the facts relating to this matter, its discovery in this action or its preparation for trial. Accordingly, the responses set forth herein are

DEFENDANTS RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET TWO) - 1

based only upon such information and documentation as is now available to, and understood by, Defendant.

It is anticipated that further discovery and investigation may disclose additional documents that may lead to additions to or changes in the responses provided herein. Therefore, these responses are given without prejudice to Defendants right to produce or introduce in evidence any subsequently discovered documents and/or documents whose relevancy is subsequently recognized. Furthermore, Defendant reserves the right to change any response if and when additional documents and information are discovered. The responses set forth herein are made in a good faith effort to supply the best responses available to, known to and understood by Defendant.

Furthermore, these document requests are oppressive, over burdensome and designed to harass and intimidate Defendant. Plaintiff is seeking records from between 2004 and 2016. Not anticipating litigation not involving her based upon actions that occurred twenty years ago, no records exist. Defendant's bank does not retain records that far back not does the IRS mandate the retention of such ancient records Defendant has made a good faith effort to locate such records but cannot find any.

RESPONSE NO 1

Responding Defendant has no records from 2004

RESPONSE NO 2 thru 16

Responding Defendant has no records with regard to the dates identified in the Request

RESPONSE NO 17

DEFENDANTS RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET TWO) - 2

Responding Defendant believes that records exist as to the mortgage payments made in 2017 but has been unable to locate the documents. Responding Defendant will continue to search for those records and, if and when they are found, Responding Defendant will provide same to Plaintiff

RESPONSE TO NO 18

Debtor entered bankruptcy in 2018 and, as such, no mortgage payments were made.

RESPONSE TO NO 19

The mortgage company is currently paying the property taxes. Responding Defendant will attempt to obtain a copy of the bill from them.

RESPONSE TO NO 20

This Requests asks for documents that are over 25 years old. Despite a good faith attempt, Responding Defendant cannot find any such documents.

RESPONSE TO NO 21

No such documents exist to the best of Responding Defendant's knowledge.

RESPONSE TO NO 22

No such documents exist to the best of Responding Defendant's knowledge

RESPONSE TO NO 23

No such documents exist to the best of Responding Defendant's knowledge

RESPONSE TO NO 24

No such documents exist to the best of Responding Defendant's knowledge

RESPONSE TO NO 25

DEFENDANTS RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET TWO) - 3

No such documents exist to the best of Responding Defendant's knowledge

April 10, 2023

_____
Phillip B Greer
Attorney for Defendant

DEFENDANTS RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS (SET TWO) - 4