Leonard M. Shulman – Bar No. 126349
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:    (949) 340-3400
Facsimile:    (949) 340-3000
Email:    lshulman@shulmanbastian.com
        rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

**FILED & ENTERED**

**MAY 02 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| **In re**<br><br>**PHILLIP BARRY GREER,**<br><br>    **Debtor.** | Case No.: 8:18-bk-10203-TA<br><br>Chapter 7<br><br>Adv. Case No.  8:18-ap-01069-TA |
| **RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE OF THE ESTATE OF PHILLIP BARRY GREER,**<br><br>    Plaintiff,<br><br>v.<br><br>**ARLENE C. GREER aka ARLENE C. BIDEN,**<br><br>    Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITION**<br><br>**Hearing Date**:<br>DATE:    April 27, 2023<br>TIME:    11:00 a.m.<br>PLACE:    Courtroom 5B<br>        411 W. Fourth Street<br>        Santa Ana, CA 92701 |

The Motion to Compel Discovery Responses and Deposition; Declaration of Ryan D. O'Dea Regarding Opposing Party's Lack of Cooperation Pursuant to Local Bankruptcy Rule 7026-1(c)(3)(C) filed by Plaintiff Richard A. Marshack, Chapter 7 Trustee of the Estate of Phillip Barry Greer (the "Motion") [Dkt. No. 146], came on for hearing on April 27, 2023, at 11:00 a.m., in Courtroom 5B of the United States Bankruptcy Court for the Central District of California, before Theodor Albert, United States Bankruptcy Judge.  Appearances were made as noted on the record.

The Court having considered the Motion, the records, pleadings, and other documents on file in this case, and good cause appearing therefor, and for the reasons stated on the record at the hearing,

**IT IS HEREBY ORDERED** that:

(1)    The Motion is granted.

(2)    Defendant Arlene Greer *aka* Arlene Biden ("Defendant") shall appear and sit for deposition within sixty (60) days from April 27, 2023.

(7)    The issue of sanctions of attorney fees against Defendant pursuant to Fed. R. Civ. Proc. 30(d)(2) are reserved for a later date.

(8)    All operative dates and deadlines set forth in this Court's Order Granting Stipulation Re: Continued Discovery and Related Deadlines [Dkt. No. 143] are hereby extended for sixty (60) days from the date of hearing on the Motion (as set forth below) to allow for Defendant's discovery to be produced, to permit Plaintiff appropriate time to resolve any future discovery disputes and to submit a motion for summary judgment:

   (i)    The deadline by which discovery shall close is hereby extended to and including June 26, 2023.

   (ii)    The deadline by which all discovery motions shall be heard is hereby extended to July 26, 2023.

/ / /

/ / /

(iii) The deadline by which all pretrial motions (except motions in limine) shall be heard is hereby extended to and including September 15, 2023.

### #

Date: May 2, 2023

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

3