Leonard M. Shulman - Bar No. 126349
Ryan O'Dea - Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:      (949) 340-3400
Facsimile:      (949) 340-3000
Email:          LShulman@shulmanbastian.com
                ROdea@shulmanbastian.com

Attorney for Richard A. Marshack,
Chapter 7 Trustee

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| **In re** | Case No.:  8:18-bk-10203-TA |
| **PHILLIP BARRY GREER,** | Chapter 7 |
| **Debtor.** | Adv. Case No.  8:18-ap-01069-TA |
| **RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE OF THE ESTATE OF PHILLIP BARRY GREER,** | **UNILATERAL STATUS CONFERENCE REPORT** |
| Plaintiff, | **Status Conference**:<br>DATE:    July 13, 2023<br>TIME:    10:00 A.M.<br>PLACE:  Courtroom 5B<br>            411 W. Fourth Street<br>            Santa Ana, CA 92701 |
| v. | |
| **ARLENE C. GREER aka ARLENE C. BIDEN,** | |
| Defendant. | |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY**

**JUDGE AND ALL OTHER PARTIES IN INTEREST:**

Plaintiff Richard A. Marshack, Chapter 7 Trustee ("Trustee") of the Estate of Phillip Barry

Greer ("Plaintiff"), hereby submits the following Unilateral Status Report in accordance with

Local Bankruptcy Rule 7016-1(a)(3):

**A.**    <u>**SETTLEMENT:**</u>

The Defendant has finally executed the settlement agreement. Accordingly, the Trustee anticipates filing a 9019 motion seeking approval of the settlement agreement sometime during the week of July 10, 2023.

In light of the executed settlement agreement, the Trustee requests that the status conference currently scheduled for July 13, 2023, be continued for 60 days to allow the 9019 motion to be filed and the order approving the settlement to become final.

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: July 6, 2023                    By:    /s/ Ryan D. O'Dea
                                             Ryan D. O'Dea
                                             Attorney for Richard A. Marshack,
                                             Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **UNILATERAL STATUS CONFERENCE REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)  July 6, 2023,  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Timothy C Aires**    tca@arlawyers.com, gperez@arlawyers.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, rmarshack@iq7technology.com;ecf.alert+Marshack@titlexi.com
- **Ryan D O'Dea**    rodea@shulmanbastian.com, lgauthier@shulmanbastian.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*)  July        , 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COURTESY COPY:

Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  July 6, 2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Phillip B. Greer – surflaw@aol.com

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 6, 2023 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |