Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
6 Hughes, Suite 205
Irvine, California 92618
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Creditor,
CHRISS W. STREET

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, ORANGE COUNTY DIVISION

| | |
|---|---|
| In re: | Case No. 8:18-bk-10203-MW |
| PHILLIP BARRY GREER, | Chapter 7 |
| Debtor. | Adv. Proc. No. 8:18-ap-01069-TA |
| RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE OF THE ESTATE OF PHILLIP BARRY GREER, | ASSIGNED FOR ALL PURPOSES TO JUDGE THEODOR C. ALBERT |
| | NOTICE OF STATUS CONFERENCE |
| Plaintiff, | [F.R.B.P., R. 7016] |
| v. | DATE:   December 14, 2023 |
| ARLENE C. BIDEN, | TIME:   10:00 a.m.<br>CTRM:   5B |
| Defendants. | |

///
///
///
///
///
///
///

NOTICE OF STATUS CONFERENCE

PLEASE TAKE NOTICE that a status conference is set for 10:00 a.m. on December 14, 2023 in Courtroom 5B of this Court, located at 411 West Fourth Street, Santa Ana, California 92701. The parties should be prepared to discuss the disposition of the adversary proceeding in light of the settlement approved October 31, 2023. A joint status report is due 15 days prior to the status conference.

DATED: November 9, 2023

AIRES LAW FIRM

By: _____
Timothy Carl Aires, Esq.
Attorney for Plaintiff,
CHRISS W. STREET

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6 HUGHES, STE 205, IRVINE, CA  92618

A true and correct copy of the foregoing document entitled (*specify*): _____
NOTICE OF STATUS CONFERENCE_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/09/2023_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

  Ryan O'Dea <rodea@shulmanbastian.com>
  Phillip Greer <surflaw@aol.com>

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| Date | Printed Name | Signature |
|---|---|---|
| 11/09/2023 | TIMOTHY CARL AIRES, ESQ. | /s/ |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                F 9013-3.1.PROOF.SERVICE