Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  jbastian@shulmanbastian.com
          rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

FILED & ENTERED

DEC 12 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

In re

**PHILLIP BARRY GREER**,

    Debtor.

---

**RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE OF THE ESTATE OF PHILLIP BARRY GREER,**

    Plaintiff,
  vs.

**ARLENE C. GREER** *aka* **ARLENE C. BIDEN**,

    Defendant.

Case No. 8:18-bk-10203-TA

Chapter 7

Adv No. 8:18-ap-01069-TA

**STIPULATED JUDGMENT AGAINST DEFENDANT ARLENE BIDEN GREER**

**Hearing**
Date:  October 31, 2023
Time:  11:00 p.m.
Place:  Courtroom 5B
          411 W. Fourth Street
          Santa Ana, CA 92701

The Court, having granted the settlement (the "Settlement") between Plaintiff Richard A. Marshack, chapter 7 trustee's ("Plaintiff") and Defendant Arlene Biden Greer ("Defendant") [Dkt. No. 97 in Case No. 8:18-bk-10203-TA], and pursuant to the Settlement, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Judgment is awarded in favor of Plaintiff and against Defendant in the amount of Two Hundred Twenty-Five Thousand Dollars ($225,000.00), which shall be reduced to One Hundred and Fifty Thousand Dollars ($150,000.00) if timely paid pursuant to the terms of the settlement agreement between the parties.

**HEREBY STIPULATED TO AND AGREED**

DATED: December __, 2023      By: _____*See attached*_____

Arlene Biden Greer, Defendant and Judgment Debtor

# # #

Date: December 12, 2023

_____
Theodor C. Albert
United States Bankruptcy Judge

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

2

Leonard M. Shulman – Bar No. 126349
James C. Bastian, Jr. – Bar No. 175415
Ryan D. O'Dea – Bar No. 273478
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:  jbastian@shulmanbastian.com
        rodea@shulmanbastian.com

Attorneys for Richard A. Marshack,
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>**PHILLIP BARRY GREER,**<br><br>Debtor.<br><br>**RICHARD A. MARSHACK, CHAPTER 7 TRUSTEE OF THE ESTATE OF PHILLIP BARRY GREER,**<br><br>Plaintiff,<br>vs.<br><br>**ARLENE C. GREER *aka* ARLENE C. BIDEN,**<br><br>Defendant. | Case No. 8:18-bk-10203-TA<br><br>Chapter 7<br><br>Adv No. 8:18-ap-01069-TA<br><br>**STIPULATED JUDGMENT AGAINST DEFENDANT ARLENE BIDEN GREER**<br><br>**Hearing**<br>Date:   October 31, 2023<br>Time:   11:00 p.m.<br>Place:  Courtroom 5B<br>        411 W. Fourth Street<br>        Santa Ana, CA 92701 |

1 | The Court, having granted the settlement (the "Settlement") between Plaintiff Richard A. Marshack, chapter 7 trustee's ("Plaintiff") and Defendant Arlene Biden Greer ("Defendant") [Dkt. No. 97 in Case No. 8:18-bk-10203-TA], and pursuant to the Settlement, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Judgment is awarded in favor of Plaintiff and against Defendant in the amount of Two Hundred Twenty-Five Thousand Dollars ($225,000.00), which shall be reduced to One Hundred and Fifty Thousand Dollars ($150,000.00) if timely paid pursuant to the terms of the settlement agreement between the parties.

**HEREBY STIPULATED TO AND AGREED**

DATED: December 11, 2023    By: _____
Arlene Biden Greer, Defendant and Judgment Debtor

####